AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hector Arismendy Sepulveda-Hidalgo, | ) | Case No.  12-8422-WM |
| a/k/a Angel Jose Perez-Bayez | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED by ___ D.C.

OCT 3 0 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 22, 2012   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | an alien, having previously been removed and deported from the United States on December 23, 2009, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit of Border Patrol Agent Scott Stacy:

☑ Continued on the attached sheet.

_____
Complainant's signature

Border Patrol Agent Scott Stacy
Printed name and title

Sworn to before me and signed in my presence.

Date:   10/30/2012

_____
Judge's signature

City and state:   West Palm Beach, Florida

U.S. Magistrate Judge William Matthewman
Printed name and title

AFFIDAVIT
OF
AGENT SCOTT STACY
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS and BORDER PROTECTION
UNITED STATES BORDER PATROL

I, Scott Stacy, being duly sworn, depose and state:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), United States Border Patrol and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******709, court documents and reports, and interviews of Defendant. The statements contained in this affidavit are based upon my own personal knowledge, as well as

information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Hector Arismendy SEPULVEDA-HIDALGO, aka, Angel Jose PEREZ-BAEZ has committed a violation of Title 8, United States Code, Section 1326(a), illegal re-entry into the United States after deportation.

4. On October 22, 2012, approximately 7:30 a.m., the Palm Beach Police Department (PBPD) received a call regarding a boat that came ashore near the 900 block of North Ocean Boulevard, Palm Beach, Palm Beach County, Florida. PBPD officers responded and located a white center-console boat with a single Yamaha 200 horsepower engine on the beach. The vessel had Grand Bahamas registration # GB0132.

5. On October 22, 2012, Border Patrol agents from the West Palm Beach station received a call from the Palm Beach Police Department (PBPD) through Border Patrol Sector Communications regarding the beached vessel and possible migrant landing. Agents responded and upon arriving on scene with the boat noticed several sets of footprints leading away from the boat to the south toward an empty lot near Ridgeway Drive, approximately a half mile south of the boat.

6. While en route to the abandoned vessel, a Border Patrol agent observed two subjects walking south near the intersection of North Ocean Boulevard and West Indies Drive (about four blocks south of the empty lot). The two subjects appeared not to be from the area,

2

and due to the recent arrival of the vessel, the agent approached the subjects and engaged in casual conversation. One of the subjects was later identified as Hector Arismendy SEPULVEDA-HIDALGO, aka, Angel Jose PEREZ-BAEZ, hereinafter Defendant. The agent identified himself as a Border Patrol agent and engaged the two subjects in consensual conversation. During the conversation both subjects, including Defendant, admitted to being citizens of the Dominican Republic. Both subjects admitted to being illegally in the United States and to having arrived in the United States on a white, single engine, center console boat around midnight. Both subjects were placed under administrative arrest and transported to the West Palm Beach Border Patrol Station for vetting and processing.

7. Defendant was enrolled into the DHS e3 Processing System wherein the defendant's biographical information, a photograph, and fingerprints are searched in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The two systems check prior immigration and criminal history records based on input fingerprints.

8. Defendant was positive in both systems. The computer generated match linked Defendant's fingerprints with those attributed to FBI# *****RB9. This FBI number indicated that Defendant had the Alien Registration number ******709. This FBI number also indicated that Defendant was convicted of attempted criminal sale of narcotic drug and cocaine possession in New York.

9. Checks using this Alien Registration number through DHS databases revealed Defendant was ordered removed to the Dominican Republic on December 30, 2008, under the name Angel Jose PEREZ-BAEZ, and was removed on December 23, 2009, from the United States.

10. On October 22, 2012, Defendant was given the <u>Miranda Warnings</u> (in the Spanish language), and waived these rights and agreed to provide a sworn statement without the presence of an attorney. During the sworn statement, Defendant stated his correct name is Hector Arismendy Sepulveda-Hidalgo but he has used the name Angel Jose Perez-Baez in the past. Defendant admitted to having been previously deported and to having just reentered the United States illegally by boat.

11. I obtained a copy (from the National Records Center) of the Immigration Judge's Order of Removal, dated December 30, 2008; the Form I-205, Warrant of Removal/Deportation bearing a photograph and right index fingerprint of the Defendant, dated December 23, 2009. I also obtained the Form I-294, a Warning to Alien Ordered Removed or Deported, dated January 12, 2009. A review of these documents indicate that Defendant was original ordered removed under the name Angel Jose PEREZ-BAEZ.

12. On October 23, 2012, a request was made to the National Records Center, Saint Louis, Missouri for Defendant's alien registration file. A Certificate of Non-Existence of Record from the U.S. Citizenship and Immigration Services, Royal Palm Beach, Florida was obtained

and confirmed that Defendant did not obtain permission from the Secretary of Homeland Security to legally return to the United States after removal.

13. Upon obtaining Defendant's alien registration file, a fingerprint comparison will be conducted which will confirm that the person's fingerprint on the Form I-205 matched Defendant's fingerprints obtained on October 22, 2012, at the time of his administrative processing.

14. Checks were conducted in the USCIS computer database. Information contained in the USCIS database indicated that Defendant had been last removed from the United States on December 23, 2009.

WHEREFORE, on the basis of the foregoing, your affiant submits that probable cause exists to charge defendant Hector Arismendy SEPULVEDA-HIDALGO, aka, Angel Jose

PEREZ-BAEZ with violation of Title 8, United States Code, Section 1326(a), that is, Illegal Re-Entry into the United States After Deportation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT STACY
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 30TH DAY OF
OCTOBER, 2012, AT WEST PALM
BEACH, FLORIDA.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8422-WM

IN RE:

CRIMINAL COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_\_ Yes   X   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_\_ Yes   X   No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _Susan Osb_____ for_
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Stephen.Carlton@usdoj.gov